## IN RE: VELOCYS CORP., Appellant

### 2016-1294

United States Court of Appeals,
Federal Circuit.

October 4, 2016

FRANK ROSENBERG, San Francisco, CA, argued for appellant.

KAKOLI CAPRIHAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

### JUDGMENT

Per Curiam (O'Malley, Bryson, and Stoll, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## BRIXHAM SOLUTIONS, LTD., Appellant

### v.

## JUNIPER NETWORKS, INC., Appellee

### 2016-1176

United States Court of Appeals,
Federal Circuit.

October 6, 2016

GEORGE C. SUMMERFIELD, JR., Stadheim & Grear, Ltd., Chicago, IL, argued for appellant. Also represented by ROLF STADHEIM.

REBECCA CARSON, Irell & Manella LLP, Newport Beach, CA, argued for appellee. Also represented by NIMA HEFAZI; JONATHAN STUART KAGAN, Los Angeles, CA.

### JUDGMENT

Per Curiam (Dyk, O'Malley, and Stoll, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**